# EXHIBIT A

United States Department of Justice                    Intergovernmental Service Agreement

United States Marshals Service                         *Housing of Federal Prisoners*          Page 1 of 8

| 1. AGREEMENT NUMBER | 2. EFFECTIVE DATE | 3. REQUEST FOR DETENTION SERVICES (RDS) NO. |
|---|---|---|
| 28-07-0005 | December 1, 2006 | 06-200 |

| 4. ISSUING OFFICE | 5. LOCAL GOVERNMENT | FACILITY CODE(S) |
|---|---|---|
| UNITED STATES MARSHALS SERVICE<br>WITNESS SECURITY & PRISONER SERVICE DIV.<br>PROGRAMS AND ASSISTANCE BRANCH<br>WASHINGTON, DC 20530-1000<br>Attn: Renita L. Barbee | NAME AND ADDRESS<br><br>Clay County Justice Center<br>611 East Jackson<br>Brazil, Indiana 47834 | GAT |

| 6. APPROPRIATION DATA | |
|---|---|
| 15X1020 | Contact Person : Robert I. Judd, Jr.<br>Area Code & Telephone No.➤ 812-448-9051 |

| 7.<br>ITEM NO. | 8.<br>SUPPLIES/SERVICES | 9.<br>QUANTITY | 10.<br>UNIT | 11.<br>UNIT PRICE | 12.<br>AMOUNT |
|---|---|---|---|---|---|
| | This agreement is for the housing, safekeeping, and subsistence of federal prisoners, including guard/ transportation services to medical facility and U.S. Courthouse, in accordance with the contents set forth herein. | ESTIMATED USMS PRISONER DAYS<br><br>18,315<br><br>ESTIMATED GUARD HRS | PDs<br><br><br><br>GHs | FIXED PER DIEM RATE<br>$45.00<br><br><br>$20.00 | ESTIMATED ANNUAL PAYMENT<br>$824,175.00<br><br><br>$ |

| 13. AGENCY CERTIFYING | 14. NAME AND TITLE OF LOCAL GOVERNMENT AUTHORIZED TO SIGN AGREEMENT |
|---|---|
| To the best of my knowledge and belief, data submitted in support of this agreement is true and correct, the document has been duly authorized by the governing body of the Department or Agency and the Department or Agency will comply with *ALL PROVISIONS SET FORTH HEREIN.*<br><br>NAME *(Type or Print)*          TITLE | *[signature]*                  12-18-06<br>SIGNATURE                        DATE<br><br>Sheriff of Clay County |

| 15. PRISONER TYPE TO BE INCLUDED | 16. LEVEL OF USE |
|---|---|
| UNSENTENCED                 SENTENCED<br>☒ Adult Male          ☐ Adult Male<br>☒ Adult Female        ☐ Adult Female<br>☐ Juvenile            ☐ Juvenile<br>☒ INS                 ☒ BOP | ☐ Minimum (0-249)<br>☐ Medium (250-999)<br>☒ Major (1000 +) |

17. NAME OF AUTHORIZING OFFICIAL

*Renita L. Barbee*
NAME *(Type or Print)*

Renita L. Barbee   Grants/Cooperative Specialist          DATE: 12/1/06
      *(SIGNATURE OF CONTRACTING OFFICER)*

PRIOR EDITIONS ARE OBSOLETE AND ARE NOT TO BE USED

FORM USM-241
(Rev. 3/99)

**United States Department of Justice**
United States Marshals Service

| Intergovernmental Service Agreement Schedule | IGA No. 28-07-0005 | Page 2 of 8 |
|---|---|---|

3.    The Local Government agrees to notify the United States Marshal (USM) as soon as possible of all emergency health care provided to USMS prisoners to include when removal from the facility is required. The Local Government must obtain prior authorization from the USM for all other health care services required outside the facility.

4.    All health care services to be provided outside the facility for USMS prisoners will be in accordance with USMS Publication 100 (Prisoner Health Care Standards).

5.    When a federal prisoner is being transferred from the facility by the USMS, adequate prescription medication will be provided by the facility to accompany the prisoner. Due to USMS airlift requirements, female prisoners will be provided a 7 day supply of medication and male prisoners will be provided a 3 day supply of medication.

6.    The facility will have in place an adequate infectious disease control program which includes testing all prisoners for Tuberculosis as soon as possible upon intake (not to exceed 14 days). TB testing will be accomplished in accordance with the latest CDC Guidelines and the results will be documented on a Form USM 553 as well as in the prisoner medical record. The facility agrees to immediately notify the USM of any cases of suspected or active TB so that any scheduled transports or productions can be delayed until the prisoner's TB status is verified by a physician.

7.    Medical records must travel with the federal prisoner. If medical records are maintained at a medical contractor's facility, it is the detention facility's responsibility to obtain them before a federal prisoner is moved. Upon notice by the USM that a federal prisoner is being transferred from the facility, the facility medical staff must complete and provide a Form 553.

8.    Federal prisoners may be charged a co-payment for medical services provided by the Local Government, but such charges must be administered by the Local Government in accordance with Public Law 106-294, the Federal Prisoner Health Care Copayment Act of 2000 (Title 18, 4013d). Specifically, all fees charged must be authorized under state law, be the same amount paid by state and local prisoners, for care not specifically excluded by federal law, not applied to indigent prisoners, and levied only after federal prisoners have been given 30 days prior notice by the facility.

## ARTICLE IV - RECEIVING AND DISCHARGE

1.    The Local Government agrees to accept as federal prisoners those persons committed by federal law enforcement officers for violations of federal laws only upon presentation by the officer of proper law enforcement credentials.

2.    The Local Government agrees to release federal prisoners only to law enforcement officers of agencies initially committing the prisoner (i.e., DEA, INS, etc.) or to a Deputy USM. Those prisoners who are remanded to custody by a USM may only be released to a USM or an agent specified by the USM of the Judicial District.

3.    The Federal Government agrees to maintain federal prisoner population levels at or below the level established by the facility administrator.

4.    Federal prisoners may not be released from the facility or placed in the custody of state or local officials for any reason except for medical emergency situations. Federal prisoners sought for a state or local court proceeding must be acquired through a Writ of Habeas Corpus or the Interstate Agreement of Detainers and then only with the concurrence of the District USM.

5.    The Local Government agrees to notify the USM as soon as possible when a federal prisoner is involved in an escape, attempted escape, or conspiracy to escape from the facility.

**United States Department of Justice**

United States Marshals Service

| Intergovernmental Service Agreement Schedule | IGA No. 28-07-0005 | Page 3 of 8 |
|---|---|---|

## ARTICLE V - PERIOD OF PERFORMANCE

This agreement shall be in effect indefinitely until terminated in writing by either party. Should conditions of an unusual nature occur making it impractical or undesirable to continue to house prisoners, the Local Government may suspend or restrict the use of the facility by giving written notice to the USM. Such notice will be provided thirty (30) days in advance of the effective date of formal termination and at least two (2) weeks in advance of a suspension or restriction of use unless an emergency situation requires the immediate relocation of prisoners.

## ARTICLE VI - PER DIEM RATE AND ECONOMIC PRICE ADJUSTMENT

1.    Per diem rates shall be established on the basis of actual and allowable costs associated with the operation of the facility during a recent annual accounting period.

2.    The Federal Government shall reimburse the Local Government at the per diem rate identified on page one (1) of this agreement. The rate may be renegotiated not more than once per year, after the agreement has been in effect for twelve (12) months. The per diem rate will be a fixed rate of $45.00.

3.    The rate covers one (1) person per "prisoner day." The Federal Government may not be billed for two (2) days when a prisoner is admitted one evening and removed the following morning. The Local Government may bill for the day of arrival, but not for the day of departure.

4.    When a rate increase is desired, the Local Government shall submit a written request to the USM at least sixty (60) days prior to the desired effective date of the rate adjustment. All such requests must contain a completed Cost Sheet for Detention Services (USM-243) which can be obtained from the USM. The Local Government agrees to provide additional cost information to support the requested rate increase and to permit an audit of accounting records upon request of the USMS.

5.    Criteria used to evaluate the increase or decrease in the per diem rate shall be those specified in the Office of Management and Budget (OMB) Circular A-87, Cost Principles for State, Local, and Indian Tribal Governments.

6.    The effective date of the rate modification will be negotiated and specified on the IGA Modification form approved and signed by a USMS Grant Specialist. The effective date will be established on the first day of the month for accounting purposes. Payments at the modified rate will be paid upon the return of the signed modification by the authorized Local Government official to the USM.

## ARTICLE VII - BILLING AND FINANCIAL PROVISIONS

1.    The Local Government shall prepare and submit original and separate invoices each month to the federal agencies listed below for certification and payment.

U.S. MARSHALS SERVICE
SOUTHERN DISTRICT OF INDIANA
179 U.S. Courthouse
46 E. Ohio Street
Indianapolis, IN 46204

**United States Department of Justice**
United States Marshals Service

| Intergovernmental Service Agreement Schedule | IGA No. 28-07-0005 | Page 4 of 8 |
|---|---|---|

2.     To constitute a proper monthly invoice, the name and address of the facility, the name of each federal prisoner, their specific dates of confinement, the total days to be reimbursed, the appropriate per diem rate as approved in the IGA, and the total amount billed (total days multiplied by the rate per day) shall be listed. The name, title, complete address, and phone number of the local official responsible for invoice preparation should also be listed on the invoice.

3.     The Prompt Payment Act, Public Law 97-177 (96 stat. 85, 31 USC 1801), is applicable to payments under this agreement and requires the payment to the Local Government of interest on overdue payments. Determinations of interest due will be made in accordance with the provisions of the Prompt Payment Act and 5 CFR, Part 1315.

4.     Payment under this agreement will be due on the thirtieth (30th) calendar day after receipt of a proper invoice, in the office designated to receive the invoice. If the due date falls on a non-working day (e.g., Saturday, federal holiday), then the due date will be the next working day. The date of the check issued in payment shall be considered to be the date payment is made.

**NOTE:  RATES NOT SPECIFIED IN THE AGREEMENT WILL NOT BE AUTHORIZED FOR PAYMENT.**

## ARTICLE VIII - SUPERVISION AND MONITORING RESPONSIBILITY

All recipients receiving direct awards from the USMS are responsible for the management and fiscal control of all funds. Responsibilities include the accounting of receipts and expenditures, cash management, the maintaining of adequate financial records, and the refunding of expenditures disallowed by audits.

## ARTICLE IX - ACCOUNTING SYSTEMS AND FINANCIAL RECORDS

1.     The recipient shall be required to establish and maintain accounting systems and financial records that accurately account for the funds awarded. These records shall include both federal funds and all matching funds of state, local, and private organizations. State and local recipients shall expend and account for funds in accordance with state laws and procedures for expending and accounting for its own funds, as well as meet the financial management standards in 28 Code of Federal Regulations (CFR), Part 66, and current revisions of OMB Circular A-87.

2.     Recipients are responsible for complying with OMB Circular A-87 and 28 CFR, Part 66, and the allowability of the costs covered therein (submission of Form USM-243). To avoid possible subsequent disallowance or dispute based on unreasonableness or unallowability under the specific cost principles, recipients must obtain prior approval on the treatment of special or unusual costs.

3.     Changes in IGA facilities: The USMS shall be notified by the recipient of any significant change in the facility, including significant variations in inmates populations, which causes a significant change in the level of services under this IGA. The notification shall be supported with sufficient cost data to permit the USMS to equitably adjust the per diem rates included in the IGA. Depending on the size of the facility for purposes of assessing changes in the population, a 10% increase or decrease in the prison population shall be a "significant increase or decrease" for purposes of this subsection.

**United States Department of Justice**
United States Marshals Service

| Intergovernmental Service Agreement Schedule | IGA No. 28-07-0005 | Page 5 of 8 |
|---|---|---|

## ARTICLE X - MAINTENANCE AND RETENTION OF RECORDS AND ACCESS TO RECORDS

1.    In accordance with 28 CFR, Part 66, all financial records, supporting documents, statistical records, and other records pertinent to contracts or sub-awards awarded under this IGA shall be retained by each organization participating in the program for at least three (3) years for purposes of federal examination and audit.

2.    The 3-year retention period set forth in paragraph one (1) above, begins at the end of the first year of completion of service under the IGA.  If any litigation, claim, negotiation, audit, or other action involving the records has been started before the expiration of the 3-year period, the records must be retained until completion of the action and resolution of all issues which arise from it or until the end of the regular 3-year period, whichever is later.

3.    Access to Records:  The USMS and the Comptroller General of the United States, or any of their authorized representatives, shall have the right of access to any pertinent books, documents, papers, or other records of recipients or its sub-recipients/contractors, which are pertinent to the award, in order to make audits, examinations, excerpt, and transcripts.  The rights of access must not be limited to the required retention period, but shall last as long as the records are retained.

4.    Delinquent Debt Collection:  The USMS will hold recipient accountable for any overpayment, audit disallowance, or any breach of this agreement that results in a debt owed to the Federal Government.  The USMS may apply interest, penalties, and administrative costs to a delinquent debt owed by a debtor pursuant to the Federal Claims Collection Standards.

## ARTICLE XI - GOVERNMENT FURNISHED PROPERTY

1.    It is the intention of the USMS to furnish excess federal property to Local Governments for the specific purpose of improving jail conditions and services.  Accountable excess property, such as furniture and equipment, remains titled to the USMS and shall be returned to the custody of the USMS upon termination of the agreement.

2.    The Local Government agrees to inventory, maintain, repair, assume liability for, and manage all federally provided accountable property as well as controlled excess property.  Such property cannot be removed from the jail without the prior written approval of USMS Headquarters.  The loss or destruction of any such excess property shall be immediately reported to the USM and USMS Headquarters.  Accountable and controlled excess property includes any property with a unit acquisition value of $1,000 or more, all furniture, as well as equipment used for security and control, communication, photography, food service, medical care, inmate recreation, etc.

3.    The suspension of use or restriction of bedspace made available to the USMS are agreed to be grounds for the recall and return of any or all government furnished property.

4.    The dollar value of property provided each year will not exceed the annual dollar payment made by the USMS for prisoner support unless a specific exemption is granted by the Chief, Prisoner Services Division, USMS Headquarters.

5.    It is understood and agreed that the Local Government shall fully defend, indemnify, and hold harmless the United States of America, its officers, employees, agents, and servants, individually and officially, for any and all liability caused by any act of any member of the Local Government or anyone else arising out of the use, operation, or handling of any property (to include any vehicle, equipment, and supplies) furnished to the Local Government in which legal ownership is retained by the United States of America, and to pay all claims, damages, judgments, legal costs, adjuster fees, and attorney fees related thereto.  The Local Government will be solely responsible for all maintenance, storage, and other expenses related to the care and responsibility for all property furnished to the Local Government.

**United States Department of Justice**

United States Marshals Service

| Intergovernmental Service Agreement Schedule | IGA No. 28-07-0005 | Page 6 of 8 |
|---|---|---|

## ARTICLE XII - MODIFICATIONS/DISPUTES

1.    Either party may initiate a request for modification to this agreement in writing. All modifications negotiated will be written and approved by a USMS Grants Cooperative Agreement Specialist and submitted to the Local Government on form USM 241a for approval.

2.    Disputes, questions, or concerns pertaining to this agreement will be resolved between the USM and the appropriate Local Government official. Space guarantee questions along with any other unresolved issues are to be directed to the Chief, Prisoner Services Division, for final decision.

## ARTICLE XIII - INSPECTION

The Local Government agrees to allow periodic inspections of the facility by USMS Inspectors. Findings of the inspection will be shared with the facility administrator in order to promote improvements to facility operations, conditions of confinement, and levels of services. The mandatory minimum conditions of confinement which are to be met during the entire period of the IGA agreement are:

1.    Adequate, trained jail staff will be provided 24 hour a day to supervise prisoners. Prisoners will be counted at least once on every shift, but at least twice in every 24-hour period. One of the counts must be visual to validate prisoner occupancy.

2.    Jail staffing will provide full coverage of all security posts and full surveillance of inmates.

3.    Jail will provide for three meals per day for prisoners. The meals must meet the nationally recommended dietary allowances published by the National Academy of Sciences.

4.    Jail will provide 24-hour emergency medical care for prisoners and ensure that they have adequate access to any prescription medications.

5.    Jail will maintain an automatic smoke and fire detection and alarm system, and maintain written policies and procedures regarding fire and other safety emergency standards.

6.    Jail will maintain a water supply and waste disposal program that is certified to be in compliance with applicable laws and regulations.

## ARTICLE XIV - CONFLICT OF INTEREST

Personnel and other officials connected with the agreement shall adhere to the requirements given below:

1.    Advice. No official or employee of the recipient, a sub-recipient, or a contractor shall participate personally through decisions, approval, disapproval, recommendation, the rendering of advice, investigation, or otherwise in any proceeding, application, request for a ruling or other determination, contract, grant, cooperative agreement, claim, controversy, or other particular matter in which Department of Justice funds are used, where to his/her knowledge, he/she or his/her immediate family, partner, organization other than a public agency in which he/she is serving as an officer, director, trustee, partner, or employee, or any person or organization with whom he/she is negotiating or has any arrangement concerning prospective employment, has a financial interest, or less than an arms-length transaction.

**United States Department of Justice**

United States Marshals Service

| Intergovernmental Service Agreement Schedule | IGA No. 28-07-0005 | Page 7 of 8 |
|---|---|---|

2.    Appearance. In the use of Department of Justice project funds, officials or employees of the recipient, a sub-recipient or a contractor, shall avoid any action which might result in, or create the appearance of:

    a.    Using his or her official position for private gain;

    b.    Giving preferential treatment to any person;

    c.    Losing complete independence or impartiality;

    d.    Making an official decision outside official channels; or

    e.    Affecting adversely the confidence of the public in the integrity of the government or the program.

## ARTICLE XV - GUARD/TRANSPORTATION SERVICES TO MEDICAL FACILITY

1.    The Local Government agrees, upon request of the Federal Government in whose custody a prisoner is held, to provide:

    a.    Transportation and escort guard services for federal prisoners housed at their facility to and from a medical facility for outpatient care, and

    b.    Transportation and stationary guard services for federal prisoners admitted to a medical facility.

2.    Such services will be performed by at least two (2) armed qualified law enforcement or correctional officer personnel employed by the Local Government under their policies, procedures, and practices. The Local Government agrees to augment such practices as may be requested by the USM to enhance specific requirement for security, prisoner monitoring, visitation, and contraband control.

3.    The Local Government will continue to be liable for the actions of its employees while they are transporting federal prisoners on behalf of the USMS. Further, the Local Government will also continue to provide workers' compensation to its employees while they are providing this service. It is further agreed that the local jail employees will continue to act on behalf of the Local Government in providing transportation to federal prisoners on behalf of the USMS.

4.    Furthermore, the Local Government agrees to hold harmless and indemnify the USMS and its officials in their official and individual capacities from any liability, including third-party liability or workers' compensation, arising from the conduct of the local jail employees during the course of transporting federal prisoners on behalf of the USMS.

5.    The Federal Government agrees to reimburse the Local Government at the rate stipulated on page one (1) of this agreement. **Mileage shall be reimbursed in accordance with the current GSA mileage rate.**

ICE
SUPP

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 4 |
| 2. AMENDMENT/MODIFICATION NO. | | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) | |
| P00006 | | See Block 16C | 192114FCHCLAY0001.2 | | | |

**6. ISSUED BY** CODE ICE/DM/DC-DC

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, Suite 910
Washington DC 20536

**7. ADMINISTERED BY (If other than Item 6)** CODE

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)

COUNTY OF CLAY
ATTN MARY JO ALUMBAUGH
609 E NATIONAL AVE STE 118
BRAZIL IN 47834-2659

(x)

**9A. AMENDMENT OF SOLICITATION NO.**

**9B. DATED (SEE ITEM 11)**

x **10A. MODIFICATION OF CONTRACT/ORDER NO.**
28-07-0005
HSCEDM-13-F-IG179

**10B. DATED (SEE ITEM 13)**
07/19/2013

CODE 0840032630000    FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**
See Schedule

Net Increase:    $155,900.00

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

CHECK ONE

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

☐ D. OTHER (Specify type of modification and authority)

X    Unilateral Modification in accordance with 28-07-0005

**E. IMPORTANT:** Contractor ☒ is not. ☐ is required to sign this document and return ___0___ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DUNS Number:  084003263
REQUISITION: 192114FCHCLAY0001.2
Program Office: Angelina Ramos, 312-347-2226
Program Office COTR: Virginia Sutter: 312-347-2431
Contract Specialist: Aubrey Acemyan, 202-732-2564
Contracting Officer: Gervonna Williams, 202-732-2583

The purpose of this modification is to provide funding for CLIN 0001 in the amount of $129,870.00 and CLIN 0002 in the amount of $26,030.00.

Funding for this order is estimated to cover performance through April 30, 2014.
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|---|
| | | | Gervonna B. Williams | |
| 15B. CONTRACTOR/OFFEROR | | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | | (Signature of Contracting Officer) | 3/7/14 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 28-07-0005/HSCEDM-13-F-IG179/P00006 | | | PAGE 2 | OF 4 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
COUNTY OF CLAY

| ITEM NO (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | The total obligated amount is increased as follows: From: $250,781.00 By: $155,900.00 To: $406,681.00 The funding provided in this modification is the amount presently available for payment and allotted to this task order. The service provider agrees to perform to the point that does not exceed the total amount currently allotted to the items funded under this task order. The service provider is not authorized to continue to work on those item(s) beyond that point. The Government will not be obligated to reimburse the service provider in excess of the amount allotted to those item(s) for performance beyond the funding allotted. Exempt Action: Y Discount Terms:          Net 30 FOB: Destination Period of Performance: 06/01/2013 to 04/30/2014 Change Item 0001 to read as follows(amount shown is the total amount): | | | | |
| 0001 | Detention Services Bed Day Rate: $45.00 The obligated funds are estimated to cover through April 30, 2014. The obligated funding for this CLIN is increased as follows: From: $154,125.00 By: $129,870.00 To: $283,995.00 The quantity of funded bed days is increased as follows: From: 3,425 By: 2,886 To: 6,311 Product/Service Code:  S216 Product/Service Description: HOUSEKEEPING- FACILITIES OPERATIONS SUPPORT Quantity: 450 Continued ... | 6311 | EA | 45.00 | 283,995.00 |

NSN 7640-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 28-07-0005/HSCEDM-13-F-IG179/P00006 | | | | PAGE 3 | OF 4 |
|---|---|---|---|---|---|---|

**NAME OF OFFEROR OR CONTRACTOR**
COUNTY OF CLAY

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Accounting Info: ERODETN-C25 BA 31-12-00-000 18-62-0100-20-00-00-00 GE-25-72-00- ------ --- 000000 Funded: $0.00 | | | | |
| | Quantity: 5861 Accounting Info: ERODETN-C25 BA 31-12-00-000 18-62-0100-00-00-00-00 GE-25-72-00- ------ --- 000000 Funded: $89,370.00 Accounting Info: ERODETN-C25 BA 31-12-00-000 18-62-0100-00-00-00-00 GE-25-72-00- ------ --- 000000 Funded: $40,500.00 | | | | |
| | Change Item 0002 to read as follows(amount shown is the total amount): | | | | |
| 0002 | Transportation Services Hourly Rate: $20.00 Mileage: GSA Rate | | | | 122,686.00 |
| | The obligated funds are estimated to cover through April 30, 2014. | | | | |
| | The obligated funding for this CLIN increases as follows: From: $96,656.00 By: $26,030.00 To: $122,686.00 Product/Service Code: V222 Product/Service Description: TRANSPORTATION/TRAVEL/RELOCATION- TRAVEL/LODGING/RECRUITMENT: PASSENGER MOTOR CHARTER | | | | |
| | Amount: $115,186.00 Accounting Info: RMD10LT-000 BA 32-23-00-000 18-62-0100-00-00-00-00 GE-21-31-00- ------ --- 000000 Funded: $13,015.00 Accounting Info: RMD10LT-000 BA 32-23-00-000 18-62-0100-00-00-00-00 GE-21-31-00- ------ --- 000000 Funded: $13,015.00 Continued ... | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | REFERENCE NO OF DOCUMENT BEING CONTINUED | | | PAGE | OF |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | 28-07-0005/HSCEDM-13-F-IG179/P00006 | | | 4 | 4 |

NAME OF OFFEROR OR CONTRACTOR
COUNTY OF CLAY

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Amount: $2,500.00<br>Accounting Info:<br>RMD10LT-000 BA 32-23-00-000<br>18-62-0100-00-00-00-00 GE-21-31-00- ------ ---<br>0000<br>Funded: $0.00<br><br>Amount: $5,000.00<br>Accounting Info:<br>RMD10LT-000 BA 32-23-00-000<br>18-62-0100-00-00-00-00 GE-21-31-00- ------ ---<br>0000<br>Funded: $0.00 | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53 110