# EXHIBIT B

**U. S. Department of Justice**
**United States Marshals Service**

**Modification of Intergovernmental Agreement**

| 1. Agreement No. 28-07-0005 | 2. Effective Date See Block 13 (B) | 3. Facility Code(s) GAT | 4. Modification No. TWO (2) | 5. DUNS No. N/A |
|---|---|---|---|---|

| 6. Issuing Federal Agency | 7. Local Government |
|---|---|
| United States Marshals Service<br>Prisoner Operations Division<br>Intergovernmental Agreements Branch<br>Attention: Renita Jacobs<br>Washington, D.C. 20530 | Clay County Jail<br>120 South Alabama Street<br>Brazil, Indiana 47834<br><br>Local Contact Person<br>Sheriff, Paul Harden<br>Number: (812) 447-0941 |

| 8. Appropriation Data 15X1020 | 9. Per-Diem Rate $55.00 | 10. Guard/Transportation Hourly Rate $20.00 per hour, per guard (Current GSA Mileage Rate Prevails) |
|---|---|---|

11.  EXCEPT AS PROVIDED SPECIFICALLY HEREIN, ALL TERMS AND CONDITIONS OF THE IGA DOCUMENT REFERRED TO IN BLOCK 1, REMAIN UNCHANGED. TERMS OF THIS MODIFICATION:

THE PURPOSE OF THIS MODIFICATION IS TO INCREASE THE PER DIEM RATE TO THE CURRENT IGA. THE TERM OF THE IGA WILL BE IN EFFECT FOR 36 (THIRTY-SIX) MONTHS.

After thirty-six (36) months, if a per-diem rate services adjustment is desired, the Local Government shall submit a request through the electronic Intergovernmental Agreements (eIGA) area of the Detention Services Network (DSNetwork). All information pertaining to the Facility on the DSNetwork will be required before a new per-diem rate will be considered

BILLING ADDRESS: United States Marshals Service
Southern District of Indiana
46 E. Ohio Street
INDIANAPOLIS, INDIANA 46205
(317) 226-6566

Bureau of Prisons
Field Office
1900 West Sunshine Street
SPRINGFIELD, MO 65807
(417) 862-7041

Immigration & Customs Enforcement
101 West Congress Parkway, Suite 4000
CHICAGO, ILLINOIS 60605
(313) 347-2400

NO OTHER TERMS OR CONDITIONS OF THIS AGREEMENT ARE AFFECTED.

| 12. INSTRUCTIONS TO LOCAL GOVERNMENT FOR EXECUTION OF THIS MODIFICATION: |
|---|

| A.  LOCAL GOVERNMENT IS NOT REQUIRED TO SIGN THIS DOCUMENT | B.  X LOCAL GOVERNMENT IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ALL COPIES TO U. S. MARSHAL |
|---|---|

**13. APPROVALS**

| A. LOCAL GOVERNMENT | B. FEDERAL GOVERNMENT |
|---|---|
| _Vane R. Sinton_<br>Signature<br>Commissioner V.P.          9/15/15<br>TITLE                              DATE | _Renita Jacobs_<br>Signature<br>Grants Analyst          11/1/2015<br>TITLE                    DATE |

Page 1 of 1

**U. S. Department of Justice**
**United States Marshals Service**

**Modification of Intergovernmental Agreement**

| 1. Agreement No. 28-07-0005 | 2. Effective Date See Block 13 (B) | 3. Facility Code(s) GAT | 4. Modification No. TWO (2) | 5. DUNS No. N/A |
|---|---|---|---|---|

| 6. Issuing Federal Agency | 7. Local Government |
|---|---|
| United States Marshals Service Prisoner Operations Division Intergovernmental Agreements Branch Attention: Renita Jacobs Washington, D.C. 20530 | Clay County Jail 120 South Alabama Street Brazil, Indiana 47834 <br><br> Local Contact Person Sheriff, Paul Harden Number: (812) 447-0941 |

| 8. Appropriation Data 15X1020 | 9. *Per-Diem* Rate $55.00 | 10. Guard/Transportation Hourly Rate $20.00 per hour, per guard (Current GSA Mileage Rate Prevails) |
|---|---|---|

11. EXCEPT AS PROVIDED SPECIFICALLY HEREIN, ALL TERMS AND CONDITIONS OF THE IGA DOCUMENT REFERRED TO IN BLOCK 1, REMAIN UNCHANGED. TERMS OF THIS MODIFICATION:

THE PURPOSE OF THIS MODIFICATION IS TO INCREASE THE PER DIEM RATE TO THE CURRENT IGA. THE TERM OF THE IGA WILL BE IN EFFECT FOR 36 (THIRTY-SIX) MONTHS.

After thirty-six (36) months, if a per-diem rate services adjustment is desired, the Local Government shall submit a request through the electronic Intergovernmental Agreements (eIGA) area of the Detention Services Network (DSNetwork). All information pertaining to the Facility on the DSNetwork will be required before a new per-diem rate will be considered

BILLING ADDRESS: United States Marshals Service
Southern District of Indiana
46 E. Ohio Street
INDIANAPOLIS, INDIANA 46205
(317) 226-6566

Bureau of Prisons
Field Office
1900 West Sunshine Street
SPRINGFIELD, MO 65807
(417) 862-7041

Immigration & Customs Enforcement
101 West Congress Parkway, Suite 4000
CHICAGO, ILLINOIS 60605
(313) 347-2400

NO OTHER TERMS OR CONDITIONS OF THIS AGREEMENT ARE AFFECTED.

**12. INSTRUCTIONS TO LOCAL GOVERNMENT FOR EXECUTION OF THIS MODIFICATION:**

| A. LOCAL GOVERNMENT IS NOT REQUIRED TO SIGN THIS DOCUMENT | B. X LOCAL GOVERNMENT IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ALL COPIES TO U. S. MARSHAL |
|---|---|

**13. APPROVALS**

| A. LOCAL GOVERNMENT | B. FEDERAL GOVERNMENT |
|---|---|
| _Dave R. Sinders_ <br> Signature | _Renita Jacobs_ <br> Signature |
| Commissioner V.P.    9/15/15 <br> TITLE     DATE | Grants Analyst    11/1/2015 <br> TITLE     DATE |

Page 1 of 1

**U. S. Department of Justice**
**United States Marshals Service**

**Modification of Intergovernmental Agreement**

| 1. Agreement No. 28-07-0005 | 2. Effective Date See Block 13 (B) | 3. Facility Code(s) GAT | 4. Modification No. TWO (2) | 5. DUNS No. N/A |
|---|---|---|---|---|

| 6. Issuing Federal Agency | 7. Local Government |
|---|---|
| United States Marshals Service<br>Prisoner Operations Division<br>Intergovernmental Agreements Branch<br>Attention: Renita Jacobs<br>Washington, D.C. 20530 | Clay County Jail<br>120 South Alabama Street<br>Brazil, Indiana 47834<br><br>Local Contact Person<br>Sheriff, Paul Harden<br>Number: (812) 447-0941 |

| 8. Appropriation Data 15X1020 | 9. *Per-Diem* Rate $55.00 | 10. Guard/Transportation Hourly Rate $20.00 per hour, per guard (Current GSA Mileage Rate Prevails) |
|---|---|---|

11.  EXCEPT AS PROVIDED SPECIFICALLY HEREIN, ALL TERMS AND CONDITIONS OF THE IGA DOCUMENT REFERRED TO IN BLOCK 1, REMAIN UNCHANGED.  TERMS OF THIS MODIFICATION:

THE PURPOSE OF THIS MODIFICATION IS TO INCREASE THE PER DIEM RATE TO THE CURRENT IGA. THE TERM OF THE IGA WILL BE IN EFFECT FOR 36 (THIRTY-SIX) MONTHS.

After thirty-six (36) months, if a per-diem rate services adjustment is desired, the Local Government shall submit a request through the electronic Intergovernmental Agreements (eIGA) area of the Detention Services Network (DSNetwork).  All information pertaining to the Facility on the DSNetwork will be required before a new per-diem rate will be considered

BILLING ADDRESS: United States Marshals Service
                  Southern District of Indiana
                  46 E. Ohio Street
                  INDIANAPOLIS, INDIANA 46205
                  (317) 226-6566

                  Immigration & Customs Enforcement
                  101 West Congress Parkway, Suite 4000
                  CHICAGO, ILLINOIS 60605
                  (313) 347-2400

Bureau of Prisons
Field Office
1900 West Sunshine Street
  SPRINGFIELD, MO 65807
(417) 862-7041

NO OTHER TERMS OR CONDITIONS OF THIS AGREEMENT ARE AFFECTED.

12. **INSTRUCTIONS TO LOCAL GOVERNMENT FOR EXECUTION OF THIS MODIFICATION:**

| A.  LOCAL GOVERNMENT IS NOT REQUIRED TO SIGN THIS DOCUMENT | B.  X  LOCAL GOVERNMENT IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ALL COPIES TO U. S. MARSHAL |
|---|---|

13. **APPROVALS**

| A. LOCAL GOVERNMENT | B. FEDERAL GOVERNMENT |
|---|---|
| *Signature* | *Signature* |
| Commissioner    9/15/15<br>TITLE      DATE | Grants Analyst    11/1/2015<br>TITLE     DATE |

Page 1 of 1

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 3 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) | |
|---|---|---|---|---|---|
| P00004 | See Block 16C | 192115FCHCLAYCO14 | | | |

| 6. ISSUED BY | CODE | ICE/DCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

ICEDETENTION COMPLIANCE   REMOVALS
IMMIGRATION AND CUSTOMS ENFORCEMENT
OFFICE OF ACQUISITION MANAGEMENT
801 I STREET NW SUITE 930
WASHINGTON DC 20536

ICEDETENTION COMPLIANCE   REMOVALS
IMMIGRATION AND CUSTOMS ENFORCEMENT
OFFICE OF ACQUISITION MANAGEMENT
801 I STREET NW SUITE 930
WASHINGTON DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

COUNTY OF CLAY
ATTN JENNIFER FLATER
609 E NATIONAL AVE STE 118
BRAZIL IN 47834-2659

**9B. DATED (SEE ITEM 11)**

**10A. MODIFICATION OF CONTRACT/ORDER NO.**
x   28-07-0005

HSCEDM-15-F-IG153

**10B. DATED (SEE ITEM 13)**

| CODE  0840032630000 | FACILITY CODE | 04/21/2015 |
|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers   ☐ is extended.   ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER  If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | Net Increase: | $19,000.00 |
|---|---|---|
| See Schedule | | |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.  IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)  in accordance with the agreement |

E. IMPORTANT:   Contractor   ☐ is not.   ☒ is required to sign this document and return _____ 1 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number:   084003263
Program POC: Angelina Ramos, 312-347-2226
Program COR: Virginia Sutter, 313-347-2431
Contracting Officer: Travis Graham, 202-732-2672

The purpose of this modification is to add and fund a CLIN for PBNDS 2011 Enhancement equipment purchase.

The total amount obligated increases from $409,985.00 by $19,000.00 to $428,985.00.

The funding provided in this task order is the amount presently available for payment and Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| PAUL B. HARDEN,   SHERIFF | | Travis Graham | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED  09-04-15 | 16B. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 16C. DATE SIGNED |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 28-07-0005/HSCEDM-15-F-IG153/P00004 | | PAGE 2 | OF 3 |

NAME OF OFFEROR OR CONTRACTOR
COUNTY OF CLAY

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | allotted to this task order. The service provider agrees to perform to the point that does not exceed the total amount currently allotted to the items funded under this task order. The service provider is not authorized to continue to work on those item(s) beyond that point. The Government will not be obligated to reimburse the service provider in excess of the amount allotted to those item(s) for performance beyond the funding allotted. | | | | |
| | Exempt Action: Y Delivery: 30 Days After Award Delivery Location Code: ICE/ERO ICE ENFORCEMENT  REMOVAL IMMIGRATION AND CUSTOMS ENFORCEMENT 801 I STREET NW SUITE 900 WASHINGTON DC 20536 | | | | |
| | Accounting Info: DETNIMP-C25 UP 31-12-00-000 18-62-0100-00-00-00-00 GE-31-03-00- ------ --- 000000 FOB: Destination Period of Performance: 07/01/2015 to 10/31/2015 | | | | |
| | Add Item 0003 as follows: | | | | |
| 0003 | COMPLIANCE WITH PBNDS 2011 OPTIMAL PROVISIONS: Clay County | 2 | EA | 9,500.00 | 19,000.00 |
| | Effective date 09/01/2015, Clay County will comply with the following optimal requirement(s) under the ICE 2011 Performance Based National Detention Standards (PBNDS 2011): Standard 5.4: Recreation • Clay County shall purchase additional recreation equipment for the General Population and Special Management Units (including stationary bikes and other cardiovascular equipment). - PURCHASE, INSTALL, MAINTAIN AND KEEP OPERATIONAL 2 HELIOS 7 STATION OUTDOOR GYMS FOR DETAINEE USE (this is a one time cost) | | | | |
| | The obligated funding for this CLIN is $19,000.00. | | | | |
| | --- Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86) Sponsored by GSA FAR (48 CFR) 53.110

| | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | | | PAGE | OF |
|---|---|---|---|---|---|---|
| **CONTINUATION SHEET** | 28-07-0005/HSCEDM-15-F-IG153/P00004 | | | | 3 | 3 |

NAME OF OFFEROR OR CONTRACTOR
COUNTY OF CLAY

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | All other terms and conditions remain the same. | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110