IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CRISTHIAN HERRERA CARDENAS *et al.*, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT *et al.*, <br><br> *Defendants*. | No. 1:22-cv-00801-TWP-DML |

> The motion is granted with respect to the filing/briefing of responsive pleadings or motions to dismiss. It is denied with respect to the briefing of the motion for class certification. The magistrate judge will schedule a telephone status conference to address class certification briefing and suspends the current briefing deadline temporarily to accommodate that conference. In preparing for that conference, counsel should note that the court looks with disfavor on leaving in abeyance the briefing and determination of a pending motion for any significant period, as was requested here.
>
> DML
> 6/27/22

## JOINT MOTION ON SCHEDULING

The parties to this dispute respectfully request that the Court extend the deadline to respond to Plaintiffs' Complaint and the deadlines for any responsive briefing, and hold Plaintiffs' Motion for Class Certification in abeyance, for the following reasons:

1) On April 25, 2022, Plaintiffs filed their Complaint (Filing No. 1) and Motion for Class Certification (Filing No. 3).

2) On April 29, 2022, the Federal Defendants (listed in Exhibit A) were served with a copy of the Complaint and summons, making their deadline to respond to the Complaint June 28, 2022. Pursuant to Local Rule 7-1(c)(2), if the Federal Defendants file a motion to dismiss on June 28, 2022, then Plaintiffs' response brief would be due on July 19, 2022, and any reply would be due on July 26, 2022.

3) On May 13, 2022, the Clay County Defendants (listed in Exhibit A) filed a waiver of service (Filing No. 39), making their deadline to respond to the Complaint June 27, 2022. Pursuant to Local Rule 7-1(c)(2), if the Clay County Defendants file a motion to dismiss on June