UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CRISTHIAN HERRERA CARDENAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE), et al., <br><br> Defendants. | ) ) ) ) ) ) ) No. 1:22-cv-00801-TWP-DML ) ) ) ) ) |

## Order Setting Status Conference

This case is set for a telephone status conference on **July 11, 2022, at 2:00 p.m. (Eastern),** before Magistrate Judge Debra McVicker Lynch. The court will contact counsel by separate email through the court's electronic filing system with the call-in information to be used to participate in the conference.

So ORDERED.

Date: 6/29/2022

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system