# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| MARIBEL XIRUM, *et al.*, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>*Defendants*. | No. 1:22-cv-00801-TWP-KMB<br><br>Chief Judge Tanya Walton Pratt<br><br>Magistrate Judge Kellie M. Barr<br><br>**CLASS ACTION** |

## ORDER

The Court, having reviewed the Joint Motion for Extension of Time filed by the parties, and being duly advised, hereby GRANTS the Motion.

The deadlines in the Court's prior order, Filing No. 239, are modified as follows: Plaintiffs shall file either a Motion to Complete or Supplement the Administrative Record or a Motion for Summary Judgment by June 11, 2025. If Plaintiffs file a Motion for Summary Judgment on June 11, 2025, Federal Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment is due July 23, 2025. Plaintiffs' Reply to Motion for Summary Judgment and Opposition to Federal Defendants' Cross-Motion for Summary Judgment is due September 3, 2025. Federal Defendants' Reply to Cross-Motion for Summary Judgment is due: October 1, 2025. The July 2, 2025 final pretrial conference and July 28, 2025 trial date are **VACATED** and will be reset in a separate Order.

Date: 5/20/2025

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Service on all ECF-registered counsel via email generated by the Court's ECF system.