UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MARIBEL XIRUM,
JAVIER JAIMES JAIMES,
BAIJEBO TOE,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE),
U.S. DEPARTMENT OF HOMELAND SECURITY (DHS),
KRISTI NOEM under the title of Secretary of DHS,
TODD M. LYONS under the title of Acting Director of ICE,
MONICA S. BURKE under the title of ICE Acting Assistant Director of Custody Management;,
RICARDO A. WONG under the title of ICE Deputy Assistant Director, Oversight Compliance and Acquisition Division,
TRAVIS GRAHAM under the title of ICE Officer,
ANGELINA RAMOS under the title of ICE Officer,
VIRGINIA SUTTER under the title of ICE Officer,
JENNIFER M. FLATER,
MIKE MELENDEZ,

Defendants.

Case No. 1:22-cv-00801-TWP-KMB

**ORDER APPROVING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND PROPOSED NOTICE, AND SETTING FAIRNESS HEARING**

This matter is before the Court on Plaintiffs' Partially Unopposed Motion for Preliminary Approval of Class Action Settlement and Approval of Proposed Notice (Filing No. 314). On

November 10, 2026 Defendants filed a Notice reporting that they have no further "edits or modifications" to propose to Plaintiffs' proposed notice form and do not oppose the form at ECF No. 316. (Filing No. 317). Defendants also do not oppose Plaintiffs' proposed notice plan, at ECF No. 315 at 12–13. *Id.* All issues being resolved, the Court now Orders the following:

1. The Class certified under Rule 23(b)(2) in Filing No. 206 remains certified, with Maribel Xirum, Javier Jaimes Jaimes, and Baijebo Toe as Class Representatives and Sidley Austin LLP and the National Immigrant Justice Center as Class Counsel under Rule 23(g);

2. Pursuant to Rule 23(e)(1)(B), the Court finds that it will likely be able to approve the Agreement as fair, reasonable, and adequate under Rule 23(e)(2). The Agreement is PRELIMINARILY APPROVED solely for purposes of providing notice to the Class and conducting a fairness hearing. Final approval is reserved;

3. The form of Notice of Proposed Class Action Settlement and Hearing submitted as Exhibit C and the notice plan described in the Partially Unopposed Motion are **APPROVED**, subject to the addition of the dates, procedures, and website information established by this Order;

4. Within seven (7) days after entry of this Order, the Parties shall cause the notice to be disseminated in English and Spanish by (a) posting it in locations at the Clay County Jail reasonably accessible to ICE detainees; (b) posting the notice and Agreement on a website maintained by Class Counsel; and (c) distributing the notice electronically to attorneys and organizations that provide legal assistance or other services to current and former ICE detainees at the Jail. The posted notices shall remain available through the fairness hearing;

5. Class members may submit objections to the proposed Agreement within thirty (30) days after notice is first disseminated. The notice shall identify the deadline and procedures;

6. A fairness hearing under Rule 23(e)(2) is scheduled for **Friday, February 19, 2027 at 10:00 AM Eastern in Courtroom 344.** At the fairness hearing, the Court will consider any objections and determine whether to grant final approval of the Agreement;

7. Nothing in this Order constitutes final approval of the Agreement, dismisses this action, or commences the eighteen-month enforcement period contemplated by Section II.C of the Agreement. The Parties may request, following the fairness hearing, a final order and judgment incorporating the Agreement, retaining jurisdiction as provided in Section II.C, and addressing dismissal with prejudice and costs and fees in accordance with Section III.B. The effective date remains governed by Section II.B of the Agreement.

**IT IS SO ORDERED.**

Date: November 13, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Jacob Antrim
Bose McKinney & Evans LLP
jantrim@boselaw.com

Gina R. Bohannon
Sidley Austin LLP
gbohannon@sidley.com

Christian Dibblee
DOJ-Civ
christian.r.dibblee@usdoj.gov

Bradley M. Dick
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
bdick@boselaw.com

Mark Feldman
National Immigrant Justice Center
mfeldman@immigrantjustice.org

Mark Fleming
mfleming@immigrantjustice.org

Mary Georgevich
National Immigrant Justice Center
mgeorgevich@immigrantjustice.org

Richard Cody Giles
DOJ-Tax
Richard.C.Giles@usdoj.gov

Kelly J. Huggins
Sidley Austin LLP
khuggins@sidley.com

Andrew M. McNeil
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
amcneil@boselaw.com

Lisa A. Olson
U.S. DEPARTMENT OF JUSTICE (Washington DC)
lisa.olson@usdoj.gov

John Skakun, III
Sidley Austin LLP
jskakun@sidley.com

Stephen C. Unger
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
sunger@boselaw.com

Andrew I. Warden
U.S. DEPARTMENT OF JUSTICE
andrew.warden@usdoj.gov

Jennifer Martin Wheeler
Sidley Austin LLP
jwheeler@sidley.com

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov

Keren Hart Zwick
National Immigrant Justice Center
kzwick@immigrantjustice.org